UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk



General Court Number
415.522.2000

July 30, 2010

**CASE NUMBER: CV 10-03351 LB**
**CASE TITLE: MITCHELL E. BOUYER-v-INDYMAC BANK**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable RICHARD SEEBORG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RS** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/30/10

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 7/30/10AS

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### Oakland Division

Mitchell E. Bouyer,

    Plaintiff(s),

v.

IndyMac Bank,

    Defendant(s),

No. C 10-3351-LB

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or.

(2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The Status Conference before Magistrate Judge Laurel Beeler set for **November 18, 2010** at 1:30 p.m. is hereby **VACATED**.

Dated: July 30, 2010

Richard W. Wicking, Clerk
United States District Court

*Cynthia J. Lenahan*
By: Cynthia J. Lenahan - Deputy Clerk

reassign.DCT