*E-Filed 11/22/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MITCHELL E. BOUYER, et al.,           No. C 10-3351 RS

                                                   **ORDER DISMISSING ACTION**

          Plaintiffs,

   v.

INDYMAC BANK, et al.,

          Defendants.
_____/

On September 30, 2010, the unopposed motion to dismiss brought by defendant Mortgage Electronic Registration Systems, Inc. ("MERS") was granted, with leave to amend, even though it appeared that plaintiffs were no longer pursuing their complaint. Plaintiffs were advised that unless they filed an amended complaint no later than October 22, 2010, they would be deemed to have abandoned this action, and it would be dismissed in its entirety. Plaintiffs have not filed an amended complaint or otherwise responded. Accordingly, this action is hereby dismissed with prejudice as to MERS, and without prejudice as to any other defendants.

IT IS SO ORDERED.

Date: 11/22/2010

                                            RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Mitchell E. Bouyer**
**Martha E. Bouyer**
 88 Beatrice Road
Brisbane, CA 94005

DATED:  11/22/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

No. C 10-03351 RS
ORDER